IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA BRIDGES                                                                                           PLAINTIFF

v.                                            CASE NO. 2:20-CV-2187

WARDEN V. C. WINTER,
LIEUTENANT CARRIE DOWD,
CODY GILES, AND
SAMANTHA GOODWIN                                                                                DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 33) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this November 9, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE