IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA BRIDGES                                                                                      PLAINTIFF

v.                                        CASE NO. 2:20-CV-2187

WARDEN V. C. WINTER,
LIEUTENANT CARRIE DOWD,
CODY GILES, AND
SAMANTHA GOODWIN                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this November 9, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE